**SEALED**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: '20 MJ3441 |
| v. | COMPLAINT FOR VIOLATIONS OF: |
| PAUL ANTHONY HIGH, | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm; |
| Defendant. | 21 U.S.C. § 841 (a)(1) - Possession with Intent to Distribute Methamphetamine; |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about February 4, 2020, within the Southern District of California, defendant Paul Anthony HIGH, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a silver/black semi-automatic Jimenez Arm pistol bearing serial number 051757; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about August 3, 2020, within the Southern District of California, defendant Paul Anthony HIGH, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a 9MM Smith and Wesson M&P Shield Handgun bearing serial number JEU8001; in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT THREE</u>

On or about August 3, 2020, within the Southern District of California, defendant Paul Anthony HIGH, did knowingly and intentionally possess, with intent to distribute, 500 grams or more, to wit: approximately 524.4 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Jacob Sanchez*
_____
Jacob Sanchez
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of August, 2020.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

2

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On February 4, 2020, uniformed San Diego Police Department (SDPD) Officers contacted two males mid-block of 2100 Ocean View Blvd in the city of San Diego, within the Southern District of California. The males were identified as Brandon Jones and Paul Anthony HIGH. Jones is a known West Coast Crip gang member. During the contact, HIGH told officers he was on active parole. HIGH was detained and searched per his parole status. HIGH had a set of keys on him belonging to a white BMW, which was registered to Quiana Oates. The BMW was parked on the street close to where HIGH was standing. During the parole search of HIGH, officers found a dark blue bandana in his back pocket, which SDPD Officers know to be carried by West Coast Crip gang members. Officers also noticed HIGH had "WC" tattooed under his left eye. The "WC" stands for West Coast. Further, SDPD Officers saw HIGH driving the BMW the previous week. A records check also showed HIGH was stopped driving the same vehicle on September 26, 2019. Nevertheless, HIGH told officers the vehicle did not belong to him.

SDPD Officers used the key fob found on HIGH's person to unlock the vehicle. SDPD Officers searched the vehicle and located a loaded firearm under the driver seat. The firearm was loaded with twelve 9mm rounds of ammunition. The firearm located was a silver/black semi-automatic Jimenez Arm pistol bearing serial number 051757. Officers found a box of ammunition in the vehicle's trunk. The box contained eight rounds of .308 caliber rounds and (50) - 22 caliber rounds of ammunition. HIGH is a felon and is currently on parole for robbery. HIGH is not allowed to possess firearms or ammunition. HIGH was then arrested and transported to SDPD Headquarters.

At SDPD Headquarters, SDPD Officers took photos of HIGH's tattoos. HIGH had the name "Quiana" tattooed on his body. This is the same name for the registered owner of the BMW. As previously mentioned, HIGH has "WC" under his left eye. HIGH has tattooed on his left tricep the number "3" and on his right he has the number "0" tattooed. Inside the "0" is the letters "WC." West Coast Crip gang members associate with the number "30," which represents the hundred block where they live. HIGH has "coast in peace" along with a roster of West Coast Crip monikers underneath it, tattooed on his left side of his body. On his lower back, HIGH has the word "CRIP" tattooed. It is common for West Coast Crip gang members to get these type of tattoos to show their allegiance to the gang.

On August 3, 2020, while HIGH was on bond in state court for the February 4, 2020 event detailed above, San Diego Sheriff's Department (SDSD) Deputies were driving north on Jamacha Boulevard when they saw 2019 black Dodge Charger with a male adult driver, later identified as Paul Anthony HIGH, also driving northbound on Jamacha Boulevard. HIGH was using his cellphone while driving, which was in violation of California Vehicle Code section 23123.5(a). SDSD Deputies initiated a traffic stop on the vehicle along the 9800 block of Jamacha Boulevard in Spring Valley, California, within the Southern District of California. Record check confirmed HIGH, the driver and sole occupant of the vehicle, was on active parole. HIGH's record check further revealed he was a convicted felon and documented gang member of the "West Coast Crips."

During a parole search of the vehicle, Deputies found a black "BMW" backpack on the passenger floorboard. The backpack contained a clear baggie with a white crystalline substance, which weighed approximately 62.2 grams and later tested positive for methamphetamine, a loaded firearm, three separate baggies containing unknown tablets, and about $8,098 of U.S. currency. Deputies also found, under the passenger seat, a large clear bag containing an additional large amount of a white crystalline substance, which weighed approximately 462.2 grams and later tested positive for methamphetamine. The firearm was a 9MM Smith and Wesson M&P Shield Handgun bearing serial number JEU8001. A record check of the firearm revealed HIGH was not the registered owner.

HIGH was placed under arrest for being a felon in possession of a firearm and possession of narcotics for sale. While the white crystalline substance tested as methamphetamine, the contents within the pills could not be determined, and will be submitted to the laboratory for further analysis.

Preliminary records checks on HIGH revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/24/2008 | CASO- San Diego | Penal Code 211: Robbery w/ a Firearm | 12 years prison |

The firearm was seized and inspected.  Preliminary checks revealed that both firearms discussed in this Complaint were not registered to HIGH and that the firearms were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.